**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| QUIN CORNELIUS, | CASE NO. 5:25-cv-175-KKC-EBA |
|     **Plaintiff,** | |
| **V.** | <u>**ORDER**</u> |
| **ASPEN CONSTRUCTION, INC.,** *et al.*, | |
|     **Defendants.** | |

**\*\*\* \*\*\* \*\*\***

This matter was referred to United States Magistrate Judge Edward B. Atkins pursuant to 28 U.S.C. § 636(b)(1)(A) for the purposes of managing all discovery and pretrial scheduling issues, including resolving all discovery disputes and revising any dates and deadlines established in the Court's Scheduling Order, except for the dispositive motion deadline. (R. 9.)

Plaintiff failed to respond to Defendant Aspen's first set of interrogatories, requests for production, and requests for admission. The Court issued several orders for discovery dispute hearings, but the telephonic conferences were met by Plaintiff's repeated absence. Judge Atkins ordered Plaintiff to show cause as to why this action should not be dismissed for his failure to comply with Court orders. (R. 28.) Plaintiff's counsel filed a response requesting that the case be dismissed as a sanction for Plaintiff's failure to comply. (R. 29.) Additionally, Plaintiff's counsel asserted that he did not believe that Plaintiff would comply with discovery in the future. (*Id.*) Judge Atkins entered an order for a show cause hearing, and warned Plaintiff that his failure to appear may result in the recommendation that this case be dismissed. (R. 33.) Plaintiff did not attend the hearing. Accordingly, Judge Atkins filed a recommendation (R. 36) that the Court (1) dismiss all of Plaintiff's claims with

prejudice; (2) grant Defendant Aspen's oral motion to dismiss its counter claim against Plaintiff; and (3) dismiss Defendant Aspen's counter claim against Plaintiff.

No objections have been filed and, having reviewed the record, the Court finds that Judge Atkins satisfied all requirements of the Federal Rules of Civil Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

(1) The Court ADOPTS the Magistrate Judge's recommendation (R. 36);

(2) All claims brought by Plaintiff Quin Cornelius are DISMISSED with prejudice;

(3) Defendant Aspen's oral motion to dismiss its counter claim is GRANTED; and

(4) Defendant Aspen's counter claim against Plaintiff is DISMISSED without prejudice.

This 30th day of January 2026.

Signed By:

**_Karen K. Caldwell_**

**United States District Judge**